**Submitted But Not Entered.**



_____
**Brian D. Lynch
U.S. Bankruptcy Judge**

**The order is lodged because the debtors have not shown that the creditor was given the required amount of notice and opportunity to be heard before the order was submitted.**

_____

IN THE UNITED STATES BANKRUPTCY FOR
THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| IN RE:<br><br>WALDEMAR KLASSEN, and<br>OKSANA KLASSEN<br><br>Debtors. | Case No. 12-40707-BDL<br><br>ORDER TO AVOID JUDGMENT LIEN<br>(UNOPPOSED) |

THIS MATTER having come on regularly for hearing on debtors' Motion to Avoid Judgment Lien, it appearing that the creditor, Parr Lumber Company ("Creditor") is not opposed to the entry of this Order; the Court finding that the lien(s) of the Creditor on debtors' real property is a judicial lien that impairs the exemption of the debtors in such property; it is hereby,

ORDERED, that unless the debtors' bankruptcy case is dismissed or converted, the lien of the above creditor on debtors' real property located at 11610 NE 104th St, Vancouver, Clark County, Washington, legally described as follows:

Lot 42, PRAIRIE PARK PUD, according to the plat thereof, recoded in Volume 311 of Plats, Page 290, records of Clark County, Washington.

/ / / / /

/ / / / /

Page 1 - ORDER ON DEBTORS' MOTION TO AVOID JUDGMENT LIEN
H:\TSEXTON\KLAWAL.2986\BANKRUPTCY.001\BANKRUPTCY FILINGS\ORDER TO AVOID JUDGMENT LIEN (PARR).DOCX
**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 200
Portland, OR 97204-3029
Telephone: 503-417-0500 • Fax: 503-417-0501

Case 12-40707-BDL    Doc 36    Filed 11/21/14    Ent. 11/21/14 09:02:22    Pg. 1 of 2

1 is hereby extinguished and such lien(s) shall not survive bankruptcy or affix to or remain
2 enforceable against the aforementioned property of the debtors.

/// END OF ORDER ///

Presented by:

/s/ Nicholas J. Henderson
Nicholas J. Henderson, WSBA #44626
Of Attorneys for Debtors

Page 2 - ORDER ON DEBTORS' MOTION TO AVOID JUDGMENT LIEN
H:\TSEXTON\KLAWAL.2986\BANKRUPTCY.001\BANKRUPTCY FILINGS\ORDER TO AVOID JUDGMENT LIEN (PARR).DOCX
**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 200
Portland, OR 97204-3029
Telephone: 503-417-0500 • Fax: 503-417-0501

Case 12-40707-BDL    Doc 36    Filed 11/21/14    Ent. 11/21/14 09:02:22    Pg. 2 of 2